# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
## Hon. Lynn Adelman, presiding

### COURT MINUTES

Date: 2/5/19

Case No. 17 CR 61
United States v. Albert Galant
Proceeding: Status

Dep. Clerk: SD
Ct. Rep: Rich
Time Called: 2:04
Time Concl: 2:05

United States by: Laura Kwaterski
Probation Officer:
Interpreter: ☐ Sworn

Defendant: ~~in person and~~ by Attorney Joshua Uller

Court sets case for status on 3/11/19 at 1:15.