# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
       **Plaintiff,**

    v.                                        Case No. 17-CR-61

**ALBERT GOLANT**
       **Defendant.**

## SCHEDULING ORDER

On agreement,

**IT IS ORDERED** that the **STATUS** set for April 19, 2019, is adjourned to **Wednesday, June 5, 2019, at 11:30 a.m.**

Dated at Milwaukee, Wisconsin, this 19th day of April, 2019.

                                        /s Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge